THOMAS P. O'BRIEN
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
SHARLA CERRA (CSB #187176)
Assistant United States Attorney
    Federal Building  Suite 7516
    300 North Los Angeles  Street
    Los Angeles, California
    Tel. 213 894-6117
    FAX:  213 894-7819
    Email:  Sharla Cerra@usdoj.gov

Attorneys for Defendant Commissioner of Social Security

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| GAIL A. GORDON CARTER,<br><br>    Plaintiff,<br><br>    v.<br><br><br>MICHAEL J. ASTRUE,<br><br>COMMISSIONER OF SOCIAL<br><br>SECURITY,<br><br>    Defendant. | Case No. CV 06-7647 JTL<br><br><br><br><br><br><br><u>JUDGMENT FOR PLAINTIFF</u> |

The Court having approved the stipulation of the parties to reopen this case for the purpose of entering judgment for Plaintiff, the Court hereby grants judgment for Plaintiff.

DATE: August 1, 2008

                                 /s/Jennifer T. Lum          -
                                 JENNIFER T. LUM
                                 United States Magistrate Judge